# JENKINS, BOWLER & PERKINS LLP
## CERTIFIED PUBLIC ACCOUNTANTS



PASADENA, CALIFORNIA

July 2, 2009

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

> Re: Honorable Cynthia Holcomb Hall
> United States Court of Appeals
> 603 Richard H. Chambers Court of
>  Appeals Building
> 125 South Grand Avenue
> Pasadena, CA 91105-1621
>
> Calendar Year 2008 Filing

Dear Sir:

We are writing on behalf of the Honorable Cynthia Holcomb Hall in response to your letter of inquiry dated June 17, 2009, copy attached.

In Part VII, page 17, line 234, "Waterside Partners" the purchase information was mistakenly omitted the original Form AO 10 has been amended to include the missing information. See the attached copy of Amended Form AO 10, for the calendar year 2008 filing.

Very truly yours,



Enclosures –
 As above

Copy: Honorable Cynthia Holcomb Hall

PARTNERS IN THE FIRM: KENNETH J. JENKINS, C.P.A. PATRICK J. BOWLER, C.P.A. JAMES F. PERKINS, C.P.A. CHARLES L. KIU, C.P.A.

MEMBERS OF AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS, CALIFORNIA SOCIETY OF CERTIFIED PUBLIC ACCOUNTANTS

Hall_Cynthia_H

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hall, Cynthia H. | Ninth Circut Court of Appeals | 06/24/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. Circuit Judge | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2008 <br> to <br> 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 125 S. Grand Avenue, Suite 603 <br> Pasadena, CA 91105 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE
2009 JUL 23 A 10: 35
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 06/24/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 06/24/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. TD AMERITRADE | MARGIN TRADING ACCOUNT | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LBO INVESTMENT PARTNSERSHIP | A | Interest | K | T | | | | | |
| 2. BANK OF AMERICA | A | Interest | J | T | | | | | |
| 3. BREITBURN ENERGY CO | A | Royalty | J | W | | | | | |
| 4. IRA AMERITRADE (AGGREGATED) | C | Int./Div. | K | T | | | | | Note #1 on Part VIII |
| 5. -MONEY MARKET FUND | | | | | | | | | Note #1 on Part VIII |
| 6. -PUBLIC STORAGE INC | | | | | | | | | Note #1 on Part VIII |
| 7. -SOVRAN SELF STORAGE INC | | | | | | | | | Note #1 on Part VIII |
| 8. -NUVEEN MULTI-STRAT INC | | | | | | | | | Note #1 on Part VIII |
| 9. -PREFERRED PLUS TRUST | | | | | | | | | Note #1 on Part VIII |
| 10. -NUVEEN QUALITY PREFERRED INC | | | | | | | | | Note #1 on Part VIII |
| 11. AMERICAN FUNDS NEW PERSPECTIVE A (formerlyNEW PERSPECTIVE FD | E | Dividend | N | T | Buy (add'l) | 12/26 | K | | Note #2 on Part VIII |
| 12. AMERICAN FUNDS FUNDAMENTAL INVESTORS A (formerlyFUNDAMENTAL | E | Dividend | O | T | Buy (add'l) | 02/20 | J | | Note #3 on Part VIII |
| 13. | | | | | Buy (add'l) | 05/28 | J | | |
| 14. | | | | | Buy (add'l) | 08/19 | J | | |
| 15. | | | | | Buy (add'l) | 12/18 | J | | |
| 16. AMERICAN FUNDS EURO PACIFIC GROWTH A (formerlyEURO PACIFIC G | E | Dividend | N | T | Buy (add'l) | 12/26 | J | | Note #4 on Part VIII |
| 17. MONEY MARKET (Ameritrade) | A | Interest | | | Redeemed | 11/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EZCHIP SEMICONDUCTOR LTD (formerly LANOPTICS LTD) | | None | J | T | | | | | Note #5 on Part VIII |
| 19. VICRO MFG CO COM | A | Dividend | | | Sold | 4/22 | J | | |
| 20. ALCOA | A | Dividend | J | T | | | | | |
| 21. VANGUARD CALIF TAX FREE - INSD L TRM | E | Dividend | O | T | Sold (part) | 11/03 | M | | |
| 22. VANGUARD CALIF TAX FREE - CALIF MONEY MKT | C | Dividend | M | T | Sold (part) | 09/17 | K | | |
| 23. CITIGROUP INC COM | A | Dividend | J | T | | | | | |
| 24. BEAR STEARNS TEMP FUND (Western) | A | Dividend | | | Closed | 07/31 | J | | |
| 25. CASH BALANCE (Western) | | None | | | Closed | 05/22 | J | | |
| 26. ACACIA RESEARCH CORP (Ameritrade) | | None | J | T | | | | | |
| 27. ATRION CORP | A | Dividend | | | Sold (part) | 01/04 | J | A | |
| 28. | | | | | Sold (part) | 01/25 | J | B | |
| 29. | | | | | Sold (part) | 02/07 | J | A | |
| 30. | | | | | Buy (add'l) | 03/06 | J | | |
| 31. | | | | | Sold (part) | 04/04 | J | A | |
| 32. | | | | | Sold | 04/24 | J | B | |
| 33. ACS MOTION CONTROL LTD | | None | | | Buy (add'l) | 01/04 | J | | |
| 34. | | | | | Sold (part) | 02/07 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 02/25 | J | | |
| 36. | | | | | Sold (part) | 03/06 | J | | |
| 37. | | | | | Sold | 04/24 | J | | |
| 38. ACACIA RESEARCH CORP (Western) | | None | | | Buy (add'l) | 01/04 | J | | |
| 39. | | | | | Sold (part) | 02/07 | J | | |
| 40. | | | | | Buy (add'l) | 03/06 | J | | |
| 41. | | | | | Sold | 04/24 | J | | |
| 42. ACME UNITED CORP | A | Dividend | | | Sold (part) | 01/04 | J | | |
| 43. | | | | | Sold (part) | 02/07 | J | | |
| 44. | | | | | Sold (part) | 03/06 | J | | |
| 45. | | | | | Sold (part) | 04/04 | J | | |
| 46. | | | | | Sold | 04/24 | J | | |
| 47. AMERICAN SOFTWARE INC - CL A | A | Dividend | | | Sold (part) | 02/07 | J | A | |
| 48. | | | | | Sold (part) | 03/06 | J | A | |
| 49. | | | | | Buy (add'l) | 04/04 | J | | |
| 50. | | | | | Sold | 04/24 | J | | |
| 51. BOLT TECHNOLOGY CORP | | None | | | Sold (part) | 01/04 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/07 | J | A | |
| 53. | | | | | Buy (add'l) | 03/06 | J | | |
| 54. | | | | | Sold (part) | 04/04 | J | A | |
| 55. | | | | | Sold | 04/24 | J | A | |
| 56.    EXCELL MARITIME CARRIES LTD | A | Dividend | | | Buy (add'l) | 01/04 | J | | |
| 57. | | | | | Sold (part) | 02/07 | J | A | |
| 58. | | | | | Buy (add'l) | 03/06 | J | | |
| 59. | | | | | Sold (part) | 04/04 | J | A | |
| 60. | | | | | Sold | 04/24 | J | C | |
| 61.    ESCALADE INC | A | Dividend | | | Sold (part) | 01/04 | J | | |
| 62. | | | | | Sold (part) | 01/22 | J | | |
| 63. | | | | | Sold (part) | 02/07 | J | | |
| 64. | | | | | Sold (part) | 03/06 | J | | |
| 65. | | | | | Sold | 03/28 | J | | |
| 66.    ICOP DIGITAL INC NEW | | None | | | Buy (add'l) | 01/04 | J | | |
| 67. | | | | | Sold (part) | 02/07 | J | | |
| 68. | | | | | Buy (add'l) | 03/06 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/04 | J | | |
| 70. | | | | | Sold | 04/24 | J | | |
| 71. IRIS INTERNATIONAL INC | | None | | | Sold (part) | 01/04 | J | A | |
| 72. | | | | | Sold (part) | 01/22 | J | B | |
| 73. | | | | | Buy (add'l) | 03/06 | J | | |
| 74. | | | | | Sold (part) | 04/04 | J | A | |
| 75. | | | | | Sold | 04/24 | J | A | |
| 76. HANSEN NATURAL CORP | | None | | | Buy (add'l) | 01/04 | J | | |
| 77. | | | | | Sold (part) | 02/07 | J | A | |
| 78. | | | | | Sold (part) | 02/25 | J | A | |
| 79. | | | | | Sold (part) | 03/06 | J | A | |
| 80. | | | | | Buy (add'l) | 04/04 | J | | |
| 81. | | | | | Sold | 04/24 | J | | |
| 82. HARDINGE INC | A | Dividend | | | Buy (add'l) | 01/04 | J | | |
| 83. | | | | | Sold (part) | 02/07 | J | A | |
| 84. | | | | | Buy (add'l) | 03/06 | J | | |
| 85. | | | | | Sold | 04/03 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MILLER INDS INC TENN | | None | | | Buy (add'l) | 01/04 | J | | |
| 87. | | | | | Sold (part) | 02/07 | J | | |
| 88. | | | | | Sold | 03/26 | J | | |
| 89. MCDERMOTT INTERNATIONAL INC | | None | | | Sold (part) | 01/04 | J | B | |
| 90. | | | | | Sold (part) | 02/07 | J | A | |
| 91. | | | | | Sold (part) | 03/06 | J | A | |
| 92. | | | | | Sold (part) | 04/04 | J | A | |
| 93. | | | | | Sold | 04/24 | J | C | |
| 94. PSYCHEMEDICS CORPORATION | A | Dividend | | | Sold (part) | 02/07 | J | | |
| 95. | | | | | Sold (part) | 03/06 | J | | |
| 96. | | | | | Sold (part) | 04/04 | J | | |
| 97. | | | | | Sold | 04/24 | J | A | |
| 98. PREMIER EXHIBITIONS INC | | None | | | Buy (add'l) | 01/04 | J | | |
| 99. | | | | | Buy (add'l) | 02/07 | J | | |
| 100. | | | | | Sold | 02/22 | J | | |
| 101. RIMAGE CORP | | None | | | Sold (part) | 01/04 | J | | |
| 102. | | | | | Sold (part) | 02/07 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 03/06 | J | — | |
| 104. | | | | | Sold (part) | 04/04 | J | | |
| 105. | | | | | Sold | 04/24 | J | A | |
| 106. TEJON RANCH CO | | None | | | Sold (part) | 01/04 | J | | |
| 107. | | | | | Sold (part) | 02/07 | J | | |
| 108. | | | | | Sold (part) | 03/06 | J | | |
| 109. | | | | | Sold (part) | 04/04 | J | | |
| 110. | | | | | Sold | 04/24 | J | | |
| 111. UTEK CORP | | None | | | Buy (add'l) | 01/04 | J | | |
| 112. | | | | | Sold (part) | 02/07 | J | A | |
| 113. | | | | | Sold (part) | 03/06 | J | A | |
| 114. | | | | | Sold | 03/13 | J | | |
| 115. INTL ASSETS HOLDING CORP | | None | | | Sold (part) | 01/04 | J | A | |
| 116. | | | | | Sold (part) | 02/07 | J | A | |
| 117. | | | | | Sold (part) | 03/06 | J | A | |
| 118. | | | | | Sold (part) | 04/04 | J | A | |
| 119. | | | | | Sold | 04/24 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  ACTIONS SEMICONDUCTOR CO | | None | | | Buy (add'l) | 01/04 | J | | |
| 121. | | | | | Sold (part) | 02/07 | J | | |
| 122. | | | | | Sold (part) | 02/25 | J | | |
| 123. | | | | | Sold (part) | 03/06 | J | | |
| 124. | | | | | Buy (add'l) | 04/04 | J | | |
| 125. | | | | | Sold | 04/24 | J | | |
| 126.  PARK-OHIO HLDGS CORP | | None | | | Sold (part) | 02/07 | J | A | |
| 127. | | | | | Sold (part) | 02/25 | J | A | |
| 128. | | | | | Buy (add'l) | 03/06 | J | | |
| 129. | | | | | Buy (add'l) | 04/04 | J | | |
| 130. | | | | | Sold | 04/24 | J | | |
| 131.  TECH DATA CORP (Short Sale) | | None | | | Closed | 02/07 | J | A | |
| 132. | | | | | Closed | 03/06 | J | A | |
| 133. | | | | | Closed | 04/04 | J | A | |
| 134. | | | | | Closed | 04/24 | J | A | |
| 135.  GRAHAM CORP | A | Dividend | | | Sold (part) | 01/22 | J | A | |
| 136. | | | | | Sold (part) | 03/06 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 04/24 | J | C | |
| 138. KHD HUMBOLT WEDAG | | None | | | Buy (add'l) | 01/04 | J | | |
| 139. | | | | | Sold (part) | 02/07 | J | | |
| 140. | | | | | Sold | 04/24 | J | | |
| 141. OYO GEOSPACE | | None | | | Buy (add'l) | 01/04 | J | | |
| 142. | | | | | Sold (part) | 04/04 | J | | |
| 143. | | | | | Sold | 04/24 | J | | |
| 144. PRICESMART INC | A | Dividend | | | Sold (part) | 01/04 | J | A | |
| 145. | | | | | Sold (part) | 02/07 | J | A | |
| 146. | | | | | Buy (add'l) | 03/06 | J | | |
| 147. | | | | | Sold (part) | 04/04 | J | A | |
| 148. | | | | | Sold | 04/24 | J | A | |
| 149. TRANSCEND SVCS INC | | None | | | Sold (part) | 01/04 | J | | |
| 150. | | | | | Buy (add'l) | 02/07 | J | | |
| 151. | | | | | Sold (part) | 03/06 | J | | |
| 152. | | | | | Sold (part) | 04/04 | J | | |
| 153. | | | | | Sold | 04/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  TWIN DISC INC | A | Dividend | | | Sold (part) | 01/04 | J | A | |
| 155. | | | | | Buy (add'l) | 02/07 | J | | |
| 156. | | | | | Sold (part) | 02/26 | J | | |
| 157. | | | | | Sold (part) | 03/06 | J | | |
| 158. | | | | | Buy (add'l) | 04/04 | J | | |
| 159. | | | | | Sold | 04/24 | J | | |
| 160.  INTUIT INC (Short Sale) | | None | | | Closed | 01/04 | J | | |
| 161. | | | | | Closed | 02/07 | J | | |
| 162. | | | | | Sold | 03/06 | J | | |
| 163. | | | | | Closed | 04/04 | J | A | |
| 164. | | | | | Closed | 04/24 | J | A | |
| 165.  SALESFORCE.COM INC (Short Sale) | | None | | | Closed | 01/04 | J | | |
| 166. | | | | | Closed | 02/07 | J | | |
| 167. | | | | | Closed | 03/06 | J | | |
| 168. | | | | | Closed | 03/26 | J | | |
| 169.  STARBUCKS CORP (Short Sale) | | None | | | Sold | 01/04 | J | | |
| 170. | | | | | Closed | 02/07 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Closed | 02/22 | J | C | |
| 172. WYNN RESORTS LTD (Short Sale) | | None | | | Sold | 01/04 | J | | |
| 173. | | | | | Closed | 02/07 | J | | |
| 174. | | | | | Sold | 03/06 | J | | |
| 175. | | | | | Closed | 04/04 | J | | |
| 176. | | | | | Closed | 04/24 | J | A | |
| 177. ENNIS INC | A | Dividend | | | Sold (part) | 01/04 | J | | |
| 178. | | | | | Sold (part) | 02/07 | J | | |
| 179. | | | | | Sold (part) | 03/06 | J | | |
| 180. | | | | | Sold (part) | 04/04 | J | | |
| 181. | | | | | Sold | 04/24 | J | | |
| 182. SHENGDA TECH INC | | None | | | Sold (part) | 01/04 | J | A | |
| 183. | | | | | Sold (part) | 02/07 | J | A | |
| 184. | | | | | Buy (add'l) | 03/06 | J | | |
| 185. | | | | | Buy (add'l) | 04/04 | J | | |
| 186. | | | | | Sold | 04/24 | J | | |
| 187. WELLS FARGO ADVANTAGE FDS CA TX-FREE MONEY MARKET | A | Dividend | N | T | Buy | 11/04 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 12/02 | J | | |
| 189. DXP ENTERPRISES INC - NEW | | None | | | Buy | 01/08 | J | | |
| 190. | | | | | Sold (part) | 02/07 | J | | |
| 191. | | | | | Sold (part) | 03/06 | J | | |
| 192. | | | | | Sold (part) | 04/04 | J | | |
| 193. | | | | | Sold | 04/24 | J | | |
| 194. GAIAM INC | | None | | | Buy | 01/08 | J | | |
| 195. | | | | | Sold (part) | 02/07 | J | | |
| 196. | | | | | Buy (add'l) | 04/04 | J | | |
| 197. | | | | | Sold | 04/24 | J | | |
| 198. HAYES LEMMERZ INTERNATIONAL | | None | | | Buy | 01/08 | J | | |
| 199. | | | | | Sold (part) | 02/07 | J | | |
| 200. | | | | | Buy (add'l) | 04/04 | J | | |
| 201. | | | | | Sold | 04/24 | J | | |
| 202. AMPCO-PITTSBURGH CORP | A | Dividend | | | Buy | 01/22 | J | | |
| 203. | | | | | Sold (part) | 02/07 | J | A | |
| 204. | | | | | Sold (part) | 03/06 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hall, Cynthia H. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 04/04 | J | A | |
| 206. | | | | | Sold | 04/24 | J | B | |
| 207. GSE SYSTEMS INC | None | | | | Buy | 02/14 | J | | |
| 208. | | | | | Sold (part) | 03/06 | J | A | |
| 209. | | | | | Buy (add'l) | 04/04 | J | | |
| 210. | | | | | Sold | 04/24 | J | | |
| 211. SWA REIT LTD (Spinoff from KHD HUMBOLT WEDAG) | None | | | | Spinoff (from line 138) | 02/20 | J | | |
| 212. | | | | | Sold | 04/03 | J | | |
| 213. BALCHEM CORP | None | | | | Buy | 02/22 | J | | |
| 214. | | | | | Buy (add'l) | 03/06 | J | | |
| 215. | | | | | Sold (part) | 04/04 | J | A | |
| 216. | | | | | Sold | 04/24 | J | A | |
| 217. GOLDMAN SACHS GROUP INC (Short Sale) | None | | | | Sold | 02/26 | J | | |
| 218. | | | | | Closed | 04/04 | J | A | |
| 219. | | | | | Closed | 04/24 | J | | |
| 220. METROPOLITAN HEALTH NETWORKS | None | | | | Buy | 03/07 | J | | |
| 221. | | | | | Sold | 04/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 06/24/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. AMBASSADORS GROUP INC | | None | | | Buy | 03/10 | J | | |
| 223. | | | | | Sold (part) | 04/04 | J | A | |
| 224. | | | | | Sold | 04/24 | J | A | |
| 225. RICKS CABARET INTL INC | | None | | | Buy | 03/13 | J | | |
| 226. | | | | | Sold (part) | 04/04 | J | A | |
| 227. | | | | | Sold | 04/24 | J | | |
| 228. AMERON INTERNATIONAL CORP | | None | | | Buy | 04/04 | J | | |
| 229. | | | | | Sold | 04/24 | J | A | |
| 230. DGSE COMPANIES INC | | None | | | Buy | 04/04 | J | | |
| 231. | | | | | Sold | 04/24 | J | | |
| 232. BANCO LATINOAMERICANO DE | | None | | | Buy | 04/09 | J | | |
| 233. | | | | | Sold | 04/24 | J | B | |
| 234. WATERSIDE PARTNERS | D | Int./Div. | M | T | Buy | 04/29 | M | | Note #6 on Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 06/24/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

#1) On part VII, the dividends and market value for all cash and securities of lines 5 (MONEY MARKET FUND), 6 (PUBLIC STORAGE INC), 7 (SOVRAN SELF STORAGE INC), 8 (NUVEEN MULTI-STRAT INC), 9 (PREFERREDPLUS TRUST) and 10 (NUVEEN QUALITY PREFERRED INC) are presented in aggregate under line 4 (IRA AMERITRADE AGGREGATE).

#2) On part VII line 11 NEW PERSPECTIVE FUND INC name changed to AMERICAN FUNDS NEW PERSPECTIVE A.

#3) On part VII line 12, FUNDAMENTAL INVESTORS INC name changed to AMERICAN FUNDS FUNDAMENTAL INVESTORS A.

#4) On part VII line 16, EURO PACIFIC GROWTH FUND name changed to AMERICAN FUNDS EURO PACIFIC GROWTH A.

#5) On part VII line 18, LANDOPTICS, LTD name changed to EZCHIP SEMICONDUCTOR LTD.

#6) On part VII, page 17, line 234, WATERSIDE PARTNERS - Purchase information was mistakenly omitted on the original report filed. Information on the purchase in now included in Column D.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008



*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Hall, Cynthia H. | 2. Court or Organization<br><br>Ninth Circut Court of Appeals | 3. Date of Report<br><br>04/27/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>125 S. Grand Avenue, Suite 603<br>Pasadena, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Hall_Cyntia_H

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Hall, Cynthia H. | - - | 04/27/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. TD AMERITRADE | MARGIN TRADING ACCOUNT | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LBO INVESTMENT PARTNSERSHIP | A | Interest | K | T | | | | | |
| 2. BANK OF AMERICA | A | Interest | J | T | | | | | |
| 3. BREITBURN ENERGY CO | A | Royalty | J | W | | | | | |
| 4. IRA AMERITRADE (AGGREGATED) | C | Int./Div. | K | T | | | | | Note #1 on Part VIII |
| 5. -MONEY MARKET FUND | | | | | | | | | Note #1 on Part VIII |
| 6. -PUBLIC STORAGE INC | | | | | | | | | Note #1 on Part VIII |
| 7. -SOVRAN SELF STORAGE INC | | | | | | | | | Note #1 on Part VIII |
| 8. -NUVEEN MULTI-STRAT INC | | | | | | | | | Note #1 on Part VIII |
| 9. -PREFERRED PLUS TRUST | | | | | | | | | Note #1 on Part VIII |
| 10. -NUVEEN QUALITY PREFERRED INC | | | | | | | | | Note #1 on Part VIII |
| 11. AMERICAN FUNDS NEW PERSPECTIVE A (formerly NEW PERSPECTIVE FD | E | Dividend | N | T | Buy (add'l) | 12/26 | K | | Note #2 on Part VIII |
| 12. AMERICAN FUNDS FUNDAMENTAL INVESTORS A (formerly FUNDAMENTAL | E | Dividend | O | T | Buy (add'l) | 02/20 | J | | Note #3 on Part VIII |
| 13. | | | | | Buy (add'l) | 05/28 | J | | |
| 14. | | | | | Buy (add'l) | 08/19 | J | | |
| 15. | | | | | Buy (add'l) | 12/18 | J | | |
| 16. AMERICAN FUNDS EURO PACIFIC GROWTH A (formerly EURO PACIFIC G | E | Dividend | N | T | Buy (add'l) | 12/26 | J | | Note #4 on Part VIII |
| 17. MONEY MARKET (Ameritrade) | A | Interest | | | Redeemed | 11/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EZCHIP SEMICONDUCTOR LTD (formerly LANOPTICS LTD) | | None | J | T | | | | | Note #5 on Part VIII |
| 19. VICRO MFG CO COM | A | Dividend | | | Sold | 4/22 | J | | |
| 20. ALCOA | A | Dividend | J | T | | | | | |
| 21. VANGUARD CALIF TAX FREE - INSD L TRM | E | Dividend | O | T | Sold (part) | 11/03 | M | | |
| 22. VANGUARD CALIF TAX FREE - CALIF MONEY MKT | C | Dividend | M | T | Sold (part) | 09/17 | K | | |
| 23. CITIGROUP INC COM | A | Dividend | J | T | | | | | |
| 24. BEAR STEARNS TEMP FUND (Western) | A | Dividend | | | Closed | 07/31 | J | | |
| 25. CASH BALANCE (Western) | | None | | | Closed | 05/22 | J | | |
| 26. ACACIA RESEARCH CORP (Ameritrade) | | None | J | T | | | | | |
| 27. ATRION CORP | A | Dividend | | | Sold (part) | 01/04 | J | A | |
| 28. | | | | | Sold (part) | 01/25 | J | B | |
| 29. | | | | | Sold (part) | 02/07 | J | A | |
| 30. | | | | | Buy (add'l) | 03/06 | J | | |
| 31. | | | | | Sold (part) | 04/04 | J | A | |
| 32. | | | | | Sold | 04/24 | J | B | |
| 33. ACS MOTION CONTROL LTD | | None | | | Buy (add'l) | 01/04 | J | | |
| 34. | | | | | Sold (part) | 02/07 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 02/25 | J | | |
| 36. | | | | | Sold (part) | 03/06 | J | | |
| 37. | | | | | Sold | 04/24 | J | | |
| 38. ACACIA RESEARCH CORP (Western) | | None | | | Buy (add'l) | 01/04 | J | | |
| 39. | | | | | Sold (part) | 02/07 | J | | |
| 40. | | | | | Buy (add'l) | 03/06 | J | | |
| 41. | | | | | Sold | 04/24 | J | | |
| 42. ACME UNITED CORP | A | Dividend | | | Sold (part) | 01/04 | J | | |
| 43. | | | | | Sold (part) | 02/07 | J | | |
| 44. | | | | | Sold (part) | 03/06 | J | | |
| 45. | | | | | Sold (part) | 04/04 | J | | |
| 46. | | | | | Sold | 04/24 | J | | |
| 47. AMERICAN SOFTWARE INC - CL A | A | Dividend | | | Sold (part) | 02/07 | J | A | |
| 48. | | | | | Sold (part) | 03/06 | J | A | |
| 49. | | | | | Buy (add'l) | 04/04 | J | | |
| 50. | | | | | Sold | 04/24 | J | | |
| 51. BOLT TECHNOLOGY CORP | | None | | | Sold (part) | 01/04 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/07 | J | A | |
| 53. | | | | | Buy (add'l) | 03/06 | J | | |
| 54. | | | | | Sold (part) | 04/04 | J | A | |
| 55. | | | | | Sold | 04/24 | J | A | |
| 56.  EXCELL MARITIME CARRIES LTD | A | Dividend | | | Buy (add'l) | 01/04 | J | | |
| 57. | | | | | Sold (part) | 02/07 | J | A | |
| 58. | | | | | Buy (add'l) | 03/06 | J | | |
| 59. | | | | | Sold (part) | 04/04 | J | A | |
| 60. | | | | | Sold | 04/24 | J | C | |
| 61.  ESCALADE INC | A | Dividend | | | Sold (part) | 01/04 | J | | |
| 62. | | | | | Sold (part) | 01/22 | J | | |
| 63. | | | | | Sold (part) | 02/07 | J | | |
| 64. | | | | | Sold (part) | 03/06 | J | | |
| 65. | | | | | Sold | 03/28 | J | | |
| 66.  ICOP DIGITAL INC NEW | | None | | | Buy (add'l) | 01/04 | J | | |
| 67. | | | | | Sold (part) | 02/07 | J | | |
| 68. | | | | | Buy (add'l) | 03/06 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/04 | J | | |
| 70. | | | | | Sold | 04/24 | J | | |
| 71. IRIS INTERNATIONAL INC | | None | | | Sold (part) | 01/04 | J | A | |
| 72. | | | | | Sold (part) | 01/22 | J | B | |
| 73. | | | | | Buy (add'l) | 03/06 | J | | |
| 74. | | | | | Sold (part) | 04/04 | J | A | |
| 75. | | | | | Sold | 04/24 | J | A | |
| 76. HANSEN NATURAL CORP | | None | | | Buy (add'l) | 01/04 | J | | |
| 77. | | | | | Sold (part) | 02/07 | J | A | |
| 78. | | | | | Sold (part) | 02/25 | J | A | |
| 79. | | | | | Sold (part) | 03/06 | J | A | |
| 80. | | | | | Buy (add'l) | 04/04 | J | | |
| 81. | | | | | Sold | 04/24 | J | | |
| 82. HARDINGE INC | A | Dividend | | | Buy (add'l) | 01/04 | J | | |
| 83. | | | | | Sold (part) | 02/07 | J | A | |
| 84. | | | | | Buy (add'l) | 03/06 | J | | |
| 85. | | | | | Sold | 04/03 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MILLER INDS INC TENN | | None | | | Buy (add'l) | 01/04 | J | | |
| 87. | | | | | Sold (part) | 02/07 | J | | |
| 88. | | | | | Sold | 03/26 | J | | |
| 89. MCDERMOTT INTERNATIONAL INC | | None | | | Sold (part) | 01/04 | J | B | |
| 90. | | | | | Sold (part) | 02/07 | J | A | |
| 91. | | | | | Sold (part) | 03/06 | J | A | |
| 92. | | | | | Sold (part) | 04/04 | J | A | |
| 93. | | | | | Sold | 04/24 | J | C | |
| 94. PSYCHEMEDICS CORPORATION | A | Dividend | | | Sold (part) | 02/07 | J | | |
| 95. | | | | | Sold (part) | 03/06 | J | | |
| 96. | | | | | Sold (part) | 04/04 | J | | |
| 97. | | | | | Sold | 04/24 | J | A | |
| 98. PREMIER EXHIBITIONS INC | | None | | | Buy (add'l) | 01/04 | J | | |
| 99. | | | | | Buy (add'l) | 02/07 | J | | |
| 100. | | | | | Sold | 02/22 | J | | |
| 101. RIMAGE CORP | | None | | | Sold (part) | 01/04 | J | | |
| 102. | | | | | Sold (part) | 02/07 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 03/06 | J | | |
| 104. | | | | | Sold (part) | 04/04 | J | | |
| 105. | | | | | Sold | 04/24 | J | A | |
| 106. TEJON RANCH CO | | None | | | Sold (part) | 01/04 | J | | |
| 107. | | | | | Sold (part) | 02/07 | J | | |
| 108. | | | | | Sold (part) | 03/06 | J | | |
| 109. | | | | | Sold (part) | 04/04 | J | | |
| 110. | | | | | Sold | 04/24 | J | | |
| 111. UTEK CORP | | None | | | Buy (add'l) | 01/04 | J | | |
| 112. | | | | | Sold (part) | 02/07 | J | A | |
| 113. | | | | | Sold (part) | 03/06 | J | A | |
| 114. | | | | | Sold | 03/13 | J | | |
| 115. INTL ASSETS HOLDING CORP | | None | | | Sold (part) | 01/04 | J | A | |
| 116. | | | | | Sold (part) | 02/07 | J | A | |
| 117. | | | | | Sold (part) | 03/06 | J | A | |
| 118. | | | | | Sold (part) | 04/04 | J | A | |
| 119. | | | | | Sold | 04/24 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ACTIONS SEMICONDUCTOR CO | | None | | | Buy (add'l) | 01/04 | J | | |
| 121. | | | | | Sold (part) | 02/07 | J | | |
| 122. | | | | | Sold (part) | 02/25 | J | | |
| 123. | | | | | Sold (part) | 03/06 | J | | |
| 124. | | | | | Buy (add'l) | 04/04 | J | | |
| 125. | | | | | Sold | 04/24 | J | | |
| 126. PARK-OHIO HLDGS CORP | | None | | | Sold (part) | 02/07 | J | A | |
| 127. | | | | | Sold (part) | 02/25 | J | A | |
| 128. | | | | | Buy (add'l) | 03/06 | J | | |
| 129. | | | | | Buy (add'l) | 04/04 | J | | |
| 130. | | | | | Sold | 04/24 | J | | |
| 131. TECH DATA CORP (Short Sale) | | None | | | Closed | 02/07 | J | A | |
| 132. | | | | | Closed | 03/06 | J | A | |
| 133. | | | | | Closed | 04/04 | J | A | |
| 134. | | | | | Closed | 04/24 | J | A | |
| 135. GRAHAM CORP | A | Dividend | | | Sold (part) | 01/22 | J | A | |
| 136. | | | | | Sold (part) | 03/06 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 04/24 | J | C | |
| 138.  KHD HUMBOLT WEDAG | | None | | | Buy (add'l) | 01/04 | J | | |
| 139. | | | | | Sold (part) | 02/07 | J | | |
| 140. | | | | | Sold | 04/24 | J | | |
| 141.  OYO GEOSPACE | | None | | | Buy (add'l) | 01/04 | J | | |
| 142. | | | | | Sold (part) | 04/04 | J | | |
| 143. | | | | | Sold | 04/24 | J | | |
| 144.  PRICESMART INC | A | Dividend | | | Sold (part) | 01/04 | J | A | |
| 145. | | | | | Sold (part) | 02/07 | J | A | |
| 146. | | | | | Buy (add'l) | 03/06 | J | | |
| 147. | | | | | Sold (part) | 04/04 | J | A | |
| 148. | | | | | Sold | 04/24 | J | A | |
| 149.  TRANSCEND SVCS INC | | None | | | Sold (part) | 01/04 | J | | |
| 150. | | | | | Buy (add'l) | 02/07 | J | | |
| 151. | | | | | Sold (part) | 03/06 | J | | |
| 152. | | | | | Sold (part) | 04/04 | J | | |
| 153. | | | | | Sold | 04/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  TWIN DISC INC | A | Dividend | | | Sold (part) | 01/04 | J | A | |
| 155. | | | | | Buy (add'l) | 02/07 | J | | |
| 156. | | | | | Sold (part) | 02/26 | J | | |
| 157. | | | | | Sold (part) | 03/06 | J | | |
| 158. | | | | | Buy (add'l) | 04/04 | J | | |
| 159. | | | | | Sold | 04/24 | J | | |
| 160.  INTUIT INC (Short Sale) | | None | | | Closed | 01/04 | J | | |
| 161. | | | | | Closed | 02/07 | J | | |
| 162. | | | | | Sold | 03/06 | J | | |
| 163. | | | | | Closed | 04/04 | J | A | |
| 164. | | | | | Closed | 04/24 | J | A | |
| 165.  SALESFORCE.COM INC (Short Sale) | | None | | | Closed | 01/04 | J | | |
| 166. | | | | | Closed | 02/07 | J | | |
| 167. | | | | | Closed | 03/06 | J | | |
| 168. | | | | | Closed | 03/26 | J | | |
| 169.  STARBUCKS CORP (Short Sale) | | None | | | Sold | 01/04 | J | | |
| 170. | | | | | Closed | 02/07 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Closed | 02/22 | J | C | |
| 172. WYNN RESORTS LTD (Short Sale) | | None | | | Sold | 01/04 | J | | |
| 173. | | | | | Closed | 02/07 | J | | |
| 174. | | | | | Sold | 03/06 | J | | |
| 175. | | | | | Closed | 04/04 | J | | |
| 176. | | | | | Closed | 04/24 | J | A | |
| 177. ENNIS INC | A | Dividend | | | Sold (part) | 01/04 | J | | |
| 178. | | | | | Sold (part) | 02/07 | J | | |
| 179. | | | | | Sold (part) | 03/06 | J | | |
| 180. | | | | | Sold (part) | 04/04 | J | | |
| 181. | | | | | Sold | 04/24 | J | | |
| 182. SHENGDA TECH INC | | None | | | Sold (part) | 01/04 | J | A | |
| 183. | | | | | Sold (part) | 02/07 | J | A | |
| 184. | | | | | Buy (add'l) | 03/06 | J | | |
| 185. | | | | | Buy (add'l) | 04/04 | J | | |
| 186. | | | | | Sold | 04/24 | J | | |
| 187. WELLS FARGO ADVANTAGE FDS CA TX-FREE MONEY MARKET | A | Dividend | N | T | Buy | 11/04 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Hall, Cynthia H. | - | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 12/02 | J | | |
| 189. DXP ENTERPRISES INC - NEW | | None | | | Buy | 01/08 | J | | |
| 190. | | | | | Sold (part) | 02/07 | J | | |
| 191. | | | | | Sold (part) | 03/06 | J | | |
| 192. | | | | | Sold (part) | 04/04 | J | | |
| 193. | | | | | Sold | 04/24 | J | | |
| 194. GAIAM INC | | None | | | Buy | 01/08 | J | | |
| 195. | | | | | Sold (part) | 02/07 | J | | |
| 196. | | | | | Buy (add'l) | 04/04 | J | | |
| 197. | | | | | Sold | 04/24 | J | | |
| 198. HAYES LEMMERZ INTERNATIONAL | | None | | | Buy | 01/08 | J | | |
| 199. | | | | | Sold (part) | 02/07 | J | | |
| 200. | | | | | Buy (add'l) | 04/04 | J | | |
| 201. | | | | | Sold | 04/24 | J | | |
| 202. AMPCO-PITTSBURGH CORP | A | Dividend | | | Buy | 01/22 | J | | |
| 203. | | | | | Sold (part) | 02/07 | J | A | |
| 204. | | | | | Sold (part) | 03/06 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

3. Value Method Codes      Q =Appraisal         R =Cost (Real Estate Only)     S =Assessment        T =Cash Market
  (See Column C2)       U =Book Value        V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. AMBASSADORS GROUP INC | | None | | | Buy | 03/10 | J | | |
| 223. | | | | | Sold (part) | 04/04 | J | A | |
| 224. | | | | | Sold | 04/24 | J | A | |
| 225. RICKS CABARET INTL INC | | None | | | Buy | 03/13 | J | | |
| 226. | | | | | Sold (part) | 04/04 | J | A | |
| 227. | | | | | Sold | 04/24 | J | | |
| 228. AMERON INTERNATIONAL CORP | | None | | | Buy | 04/04 | J | | |
| 229. | | | | | Sold | 04/24 | J | A | |
| 230. DGSE COMPANIES INC | | None | | | Buy | 04/04 | J | | |
| 231. | | | | | Sold | 04/24 | J | | |
| 232. BANCO LATINOAMERICANO DE | | None | | | Buy | 04/09 | J | | |
| 233. | | | | | Sold | 04/24 | J | B | |
| 234. WATERSIDE PARTNERS | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

#1) On part VII, the dividends and market value for all cash and securities of lines 5 (MONEY MARKET FUND), 6 (PUBLIC STORAGE INC), 7 (SOVRAN SELF STORAGE INC), 8 (NUVEEN MULTI-STRAT INC), 9 (PREFERREDPLUS TRUST) and 10 (NUVEEN QUALITY PREFERRED INC) are presented in aggregate under line 4 (IRA AMERITRADE AGGREGATE).

#2) On part VII line 11 NEW PERSPECTIVE FUND INC name changed to AMERICAN FUNDS NEW PERSPECTIVE A.

#3) On part VII line 12, FUNDAMENTAL INVESTORS INC name changed to AMERICAN FUNDS FUNDAMENTAL INVESTORS A.

#4) On part VII line 16, EURO PACIFIC GROWTH FUND name changed to AMERICAN FUNDS EURO PACIFIC GROWTH A.

#5) On part VII line 18, LANDOPTICS, LTD name changed to EZCHIP SEMICONDUCTOR LTD.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544